UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>EMPIRE-TODAY, TODAY'S SALES LLC, et al.,<br><br>    Defendants. | Case No. 22-cv-06994-JSC<br><br>**ORDER ACCEPTING REPORT AND RECCOMENDATION**<br><br>Re: Dkt. No. 12 |

Pursuant to 28 U.S.C. § 636 and 28 U.S.C. § 1915, the Court has reviewed Plaintiff's complaint and the Report and Recommendation of the United States Magistrate Judge. The Court agrees with and adopts the findings, conclusions, and recommendations of the Magistrate Judge, (Dkt. No. 12), over Plaintiff's objection, (Dkt. No. 14). For the reasons stated in the Magistrate Judge's opinion, Plaintiff's complaint fails to satisfy 28 U.S.C. § 1915. His objection does not cure the deficiencies the Magistrate Judge identified under Federal Rule of Civil Procedure 8. (Dkt. No. 14.)

Thus, the complaint is DISMISSED. However, as stated in the Magistrate Judge's opinion, it may be possible for Plaintiff to plead viable claims in a more focused complaint. Therefore, the Court GRANTS leave to amend.

Any amended complaint must be filed on or before April 7, 2023. Plaintiff is informed that the Court cannot refer to prior pleadings in order to make an amended complaint complete. The amended complaint must be complete in itself because it replaces the previously filed complaints. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Finally, Plaintiff is warned that failure to comply with the Federal Rules of Civil Procedure, the Local Rules, or any court order could lead to the complaint being dismissed.

As Plaintiff is without representation by a lawyer, the Court directs Plaintiff's attention to

the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact the Legal Help Center for free assistance; Plaintiff can make an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

This Order disposes of Dkt. No. 12.

Dated: March 9, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge
