UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>   Plaintiff,<br><br>  v.<br><br>EMPIRE-TODAY, TODAY'S SALES LLC, et al.,<br><br>   Defendants. | Case No. 22-cv-06994-JSC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. Nos. 15, 16 |

On March 9, 2023, the Court adopted Judge Kandis Westmore's report and recommendation to dismiss Plaintiff's complaint for failure to state a claim and failure to comply with Rule 8 of the Federal Rules of Civil Procedure. (Dkt. No. 15.) The Court allowed Plaintiff to amend his complaint to cure the deficiencies Judge Westmore identified in her report and recommendation; namely, the complaint's failure state a plausible claim for relief.

Plaintiff has since filed an Amended Complaint, but it fails to cure the deficiencies the Court found warranted dismissal. (Dkt. No. 16.) While Plaintiff has narrowed the number of defendants to Empire Today as well as the claims pled, the Amended Complaint fails to state a plausible claim for relief and continues to plead frivolous claims including Defendant "only perform work assignment ventures with unhygienic workers, people who lack capacity to discern, anyone that looks like that they have rabies, any fat ugly black woman with bad hygiene, a rat nest of sewer and filth for hair." (Dkt. No. 16 at 4.) Further, the Court notes Plaintiff has filed nearly identical actions against other defendants in this District. *See Turner v. Patrice & Associates et al.*, No. 22-7490 LB; *Turner et al v. World Pay et al.*, No. 22-7753 CRB.

//

//

Accordingly, the Court dismisses the action with prejudice for failure to state a claim. The Court will enter judgment by separate order.

**IT IS SO ORDERED.**

Dated: May 9, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge

2